Eric Fagan  SBN 87071
2220 Otay Lakes Rd. #502-84
Chula Vista, Ca. 92116
efagan@efaganlaw.com
Phone: 619-656-6656
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD P. FREITAS, LEONARD J. FREITAS, AND MARIA FREITAS,<br><br>   Plaintiffs<br>v.<br><br>LVNV FUNDING LLC, a corporation; and DOES 1 through 10 inclusive,<br><br>   Defendants | Civil Case No.: C 06 2046<br><br>**DISMISSAL OF ACTION** |

   Plaintiff requests that the Court dismiss this entire action without prejudice.

Dated 4/19/2006

_____/S/_____
Eric F. Fagan, Attorney for Plaintiffs

IT IS SO ORDERED
Judge Thelton E. Henderson

1

DISMISSAL OF ACTION